FILED
2009 JAN 14 PM 1:12
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>MARTHA ORTEGA-GONZALEZ,<br>　　　　　　　　　Defendant. | CASE NO. 08CR4255-MMA<br><br>**ORDER ADOPTING FINDINGS REPORT AND RECOMMENDATION AND ACCEPTING GUILTY PLEA** |

　　This District Court having reviewed the Findings and Recommendation of the Magistrate Judge in this case, and no objections having been submitted, this Court adopts the Findings and Recommendation of the Magistrate Judge and accepts defendant's plea of guilty.

　　The hearing for acceptance of plea and sentencing with probation office report set for 3/13/09 @ 9 a.m., is vacated. Court sets the sentencing with probation report for 3/13/09 at 9:00 a.m., in Courtroom 5 of the United States District Court for the Southern District of California, before the Honorable Michael M. Anello.

　　**IT IS SO ORDERED.**

DATED: 1/14/09

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge